## (February 13, 1962)

■ In the Matter of LOUIS J. JEROME, Petitioner, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles of the State of New York, Respondent. — Determination unanimously confirmed and the petition dismissed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Bastow, JJ.

■ DANIEL P. FRENCH, as President of Local Union 490, Brotherhood of Painters, Decorators & Paperhangers of America, Also Known as PAPERHANGERS UNION 490, AFL–CIO, Appellant-Respondent, v. ASSOCIATION OF MASTER PAINTERS AND DECORATORS OF THE CITY OF NEW YORK, INC., Respondent-Appellant, and MARTIN RARBACK, as Secretary-Treasurer or LOUIS CAPUTO, as President of District Council No. 9, Brotherhood of Painters, Decorators & Paperhangers of America, for the Boroughs of Manhattan and The Bronx, Respondent. — Orders entered on October 25, 1961, so far as appealed from, unanimously affirmed, without costs. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Bastow, JJ.

■ JAMES MITCHELL et al., Respondents, v. PLATO REALTY CORPORATION, Appellant.— Order entered on November 14, 1961 unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Settle order on notice fixing date for examination to proceed. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ MORRIS LAPIDUS, KORNBLATH, HARLE & LIEBMAN, Appellant, v. KIAMESHA CONCORD, INC., Respondent.— Order entered on August 24, 1961 unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Required for Penn Station South Slum Clearance Project Within the Area Bounded by 9th Ave. and Other Streets in the Borough of Manhattan. OPERA THEATRE COMPANY, INC., et al., Appellants.— Order entered on September 6, 1961 unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ JEANETTE E. LEDERBERG, Appellant, v. AMERICAN EXPORT LINES, INC., et al., Respondents.— Orders entered on December 6, 1961 and March 15, 1961 unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LUIS MARTINEZ.— Motion to dismiss appeal granted. The order of this court entered on February 6, 1962 is vacated. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.